ELDA LUNA SIDHU
General Counsel
Nevada Bar No. 007799
SUSAN CARRASCO O'BRIEN
Assistant General Counsel
Nevada Bar No. 008396
J. MARTY HOWARD
Assistant General Counsel
Nevada Bar No. 001052
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MONAMIE GHATAK,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of THE UNIVERSITY OF NEVADA, LAS VEGAS; KAREN WEST, individually and as Dean of the School of Dental Medicine of the University of Nevada, Las Vegas; PHILIP C. WALTER, individually and as Director of Advanced Education Program in Pediatric Dentistry at the University of Nevada, Las Vegas; RONALD R. LEMON, individually and as Associate Dean for Advanced Education Programs at the University of Nevada, Las Vegas; and DOES I-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:12-cv-00609-LRH-RJJ<br><br><br>STIPULATION AND ORDER TO EXTEND TIME TO SERVE ANSWER TO COMPLAINT<br>[First Request] |

Monamie Ghatak ("Plaintiff"), and the State of Nevada, ex rel. Board of Regents of the Nevada System of Higher Education, on behalf of the University of Nevada, Las Vegas ("UNLV"), Karen West, individually and as Dean of UNLV School of Dental Medicine ("SDM"), Philip C. Walter, individually and as Program Director for UNLV SDM Advanced

C:\Users\Sherbstreit\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\I1QYJTLJ\2012-07-16 Stip and Ord to Ext Tim to Serve Answer.docx

1

Education Program in Pediatric Dentistry, and Ronald R. Lemon, individually and as Associate Dean for UNLV SDM Advanced Education Programs ("University Defendants"), by and through their undersigned counsel of record, hereby agree and stipulate to continue the due date for Defendants to file their responsive pleading to Plaintiff's Complaint. The individual University Defendants waived service of process and pursuant to Fed. R. Civ. P. 4(d)(3) in relation to the individually named defendants a responsive pleading as to each of them is not due until August 20, 2012.

The State of Nevada was served on July 2, 2012 and the Chancellor of the Nevada System of Higher Education was served on June 26, 2012, in accordance with NRS 41.031. The responsive pleading for UNLV, as a State entity, is July 23, 2012.

UNLV, as a State entity, requests that its responsive pleading deadline be extended from July 23, 2012 to **August 20, 2012** in order to file a responsive pleading on behalf of all of University Defendants together.

The parties have agreed and stipulate through their undersigned counsel of record that UNLV be granted an extension up to and including **August 20, 2012**, within which to file its responsive pleading, in a collective document on behalf of UNLV and the individually named Defendants. This is the first request for an extension in this matter and is made in good faith and not for any reason of delay.

Date: 8/13/2012

By: /s/ ELDA LUNA SIDHU
General Counsel
Nevada Bar No. 007799
SUSAN CARRASCO O'BRIEN
Assistant General Counsel
Nevada Bar No. 008396
J. MARTY HOWARD
Assistant General Counsel
Nevada Bar No. 001052
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154
*Attorneys for Defendants*

Date: 8-10-12

By: /s/ JASON J. BACH
Nevada Bar No. 7984
MICHAEL L. MASCARELLO
Nevada Bar No. 10673
THE BACH LAW FIRM, LLC
6053 S Fort Apache Road, Ste. 130
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

///

C:\Users\Sherbstreit\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\HQYJTLJ\2012-07-16 Stip and Ord to Ext Tim to Serve Answer.docx

2

**ORDER**

Based on the foregoing Stipulation of the parties,

IT IS ORDERED that the due date for UNLV's *Responsive Pleading to Plaintiff's Complaint* be extended to **August 20, 2012**.

Date: July _____, 2012.

_____
DISTRICT COURT JUDGE

Submitted by:

By: /s/ Elda Luna Sidhu
ELDA LUNA SIDHU
General Counsel
Nevada Bar No. 007799
SUSAN CARRASCO O'BRIEN
Assistant General Counsel
Nevada Bar No. 008396
J. MARTY HOWARD
Assistant General Counsel
Nevada Bar No. 001052
UNIVERSITY OF NEVADA, LAS VEGAS
4505 Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
*Attorneys for Defendants*