1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                    * * * * *

9    MONAMIE GHATAK,                        )
                                            )   Case No. 2:12-cv-00609-LRH-RJJ
10                        Plaintiff,        )
                                            )
11   vs.                                    )   ORDER REGARDING
                                            )   EARLY NEUTRAL EVALUATION
12   THE STATE OF NEVADA, ex rel BOARD      )
     OF REGENTS OF THE NEVADA SYSTEM        )
13   OF HIGHER EDUCATION, etc., *et al.*,   )
                                            )
14                        Defendants.       )
                                            )
15

16          WHEREAS, Local Rule 16-5 provides that the Court may, in its discretion and at any

17   time, set any appropriate civil case for settlement conference or any other alternative method of

18   dispute resolution, and

19          WHEREAS, Early Neutral Evaluations before a neutral Magistrate Judge pursuant to

20   Local Rule 16-6 have proven to be an effective method of dispute resolution, and

21          WHEREAS, recalled Magistrate Judge Robert A. McQuaid, Jr., has over fifteen years

22   experience in presiding over Early Neutral Evaluations and settlement conferences in civil

23   actions in Federal and State court, and is available to conduct Early Neutral Evaluations in cases

24   other than those in which such Evaluations are required, and

25          WHEREAS, this action appears to be an appropriate civil case to undergo Early Neutral

26   Evaluation, and GOOD CAUSE APPEARING,

27          IT IS HEREBY ORDERED that this action shall undergo Early Neutral Evaluation by

28   Magistrate Judge McQuaid within ninety (90) days from the entry of this order. The parties shall

comply with the procedural requirements of Local Rule 16-6.  All evaluation statements shall be delivered to Magistrate Judge McQuaid in care of the Clerk's Office at the Bruce R. Thompson U.S. Courthouse, 400 S. Virginia Street, Reno, Nevada, 89501.

The appropriate Courtroom Deputy will contact the parties within ten (10) days to schedule the Early Neutral Evaluation in this action.  Las Vegas cases will be scheduled in the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard, Las Vegas, Nevada 89101.

IT IS SO ORDERED.

DATED this 29th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE