JASON J. BACH, ESQ.
Nevada Bar No. 7984
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
MICHAEL L. MASCARELLO, ESQ.
Nevada Bar No. 10673
THE BACH LAW FIRM, LLC
6053 South Fort Apache Road, Suite 130
Las Vegas, Nevada 89148
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MONAMIE GHATAK, | CASE NO: 2:12-cv-0609-LRH-RJJ |
| Plaintiff, | |
| v. | JOINT INTERIM STATUS REPORT |
| THE STATE OF NEVADA, ex rel BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA LAS VEGAS; KAREN WEST, individually and as Dean of the School of Dental Medicine of the University of Nevada, Las Vegas; PHILIP C. WALTER, individually and as Director of Advanced Education Program in Pediatric Dentistry at the University of Nevada, Las Vegas; RONALD R. LEMON, individually and as Associate Dean for Advanced Education Programs at the University of Nevada, Las Vegas; and DOES I-XX, inclusive, | |
| Defendants. | |

COME NOW, the parties, jointly, by and through their undersigned counsel of record who submit this JOINT INTERIM STATUS REPORT in accordance with this Court's Order and Local Rule 26-3. *See* Docket Document #17.

1. Time estimated for trial: 3-5 days
2. Alternative dates for trial: April 1, 2013 to April 5, 2013 or April 8, 2013 to April 12, 2013

///

3. Current Discovery Deadlines:

| | |
|---|---|
| Discovery cut off: | February 18, 2013 |
| Expert disclosures: | December 18, 2012 |
| Rebuttal expert disclosures: | January 18, 2013 |
| LR 26-3 Interim status Report: | December 18, 2012 |
| Dispositive motions: | March 18, 2013 |
| Pretrial Order: | March 18, 2013 |

4. At this time the parties believe that substantive motions may eliminate or otherwise affect the need or length of trial.

*Submitted By:*
THE BACH LAW FIRM, LLC

By: /s/ Jason J. Bach
JASON J. BACH, ESQ.
Nevada Bar No.: 7984
MICHAEL L. MASCARELLO, ESQ.
Nevada Bar No. 10673
6053 South Fort Apache Rd., Ste. 130
Las Vegas, NV 89148
Attorneys for Plaintiff

*Approved As To Form And Content:*
UNIVERSITY OF NEVADA, LAS VEGAS

By: /s/ Susan C. O'Brien
SUSAN O'BRIEN, ESQ.
Nevada Bar No. 8396
DEBRA L. PIERUSCHKA, ESQ.
Nevada Bar No.: 10185
4505 Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Attorneys for Defendants

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I certify that I am an employee of The Bach Law Firm, LLC and that the following document, *JOINT INTERIM STATUS REPORT*, was served via electronic service on this date, December 18, 2012, on the following parties:

SUSAN O'BRIEN, ESQ.
DEBRA L. PIERUSCHKA, ESQ.
4505 Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Attorneys for Defendants

/s/ *Sandra Herbstreit*
SANDRA HERBSTREIT
An employee of The Bach Law Firm, LLC