UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONAMIE GHATAK, | 2:12-CV-00609-LRH-NJK |
| Plaintiff, | |
| v. | MINUTE ORDER |
| THE STATE OF NEVADA, ex rel BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, etc.; *et al.*, | March 6, 2013 |
| Defendants. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):      NONE APPEARING

COUNSEL FOR DEFENDANT(S):      NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Plaintiff's counsel having requested the transcript of the proceedings held on January 24, 2013 (#38)[1], and good cause appearing,

IT IS HEREBY ORDERED that the Clerk of the Court shall unseal the transcript of the January 24, 2013 proceedings for the purpose of releasing the information contained therein SOLELY to the parties.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk

---

[1] Refers to court's docket number.